**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2233**

WILLIE GOOD, I,

        Plaintiff - Appellant,

    v.

WASHINGTON, D.C. JOINT PLUMBING APPRENTICESHIP COMMITTEE,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Adam B. Abelson, District Judge.  (8:24-cv-00805-ABA)

Submitted:  March 12, 2026                           Decided:  March 17, 2026

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Willie Good, I, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Good, I, appeals the district court's orders (1) granting Defendant's motion to dismiss Good's race discrimination and retaliation claims brought pursuant to 42 U.S.C. § 1981; and (2) denying Good's Fed. R. Civ. P. 59(e) motion.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Good v. Washington, D.C. Joint Plumbing Apprenticeship Comm.*, No. 8:24-cv-00805-ABA (D. Md. filed Aug. 28, 2025 & entered Aug. 29, 2025; Oct. 15, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Good has filed a motion to withdraw his filing at entry number 11 of this court's docket, which we grant.

2